UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC, et al., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, ) <br> ) <br> Defendant. ) | Misc. No. _____ <br><br> (D.R.I Case No. 13-405S) |

**BLUE CROSS & BLUE SHIELD OF RHODE ISLAND'S MOTION
TO COMPEL PRODUCTION BY THIRD PARTY NEMZOFF & COMPANY, LLC**

Defendant Blue Cross & Blue Shield of Rhode Island ("BCBSRI") respectfully moves this Court for an entry of an order under Fed. R. Civ. P. 45 compelling Nemzoff & Company, LLC to produce all responsive documents in accordance with the Subpoena *Duces Tecum* served on it by Defendant BCBSRI in an antitrust and tort case pending in the United States District Court for the District of Rhode Island, *Steward Health Care System LLC, et al. v. Blue Cross & Blue Shield of Rhode Island*, C.A. No. 13-405S (attached hereto as Exhibit A to the Declaration of Leslie D. Parker). The grounds for this Motion are set forth more fully in the accompanying Memorandum of Law, Local Rule 26.1 Certification, and Declaration of Leslie D. Parker in support thereof, which are incorporated by reference herein.

DATED: December 18, 2015

BLUE CROSS & BLUE SHIELD
OF RHODE ISLAND
By its attorneys,

_____
Daniel S. Metroka (Pa. No. 206040)
Hogan Lovells US LLP

1835 Market Street, 29th Fl.
Philadelphia, PA 19103
Daniel.metroka@hoganlovells.com
Tel: (267) 675-4662
Fax: (267) 675-4601

OF COUNSEL:

John Tarantino, Esq.
Patricia K. Rocha, Esq.
Joseph Avanzato, Esq.
Leslie D. Parker, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
jtarantino@apslaw.com
procha@apslaw.com
javanzato@apslaw.com
lparker@apslaw.com

N. Thomas Connally, III, Esq.
Emily M. Yinger, Esq.
Hogan Lovells US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102-3302
Tel: 703-610-6100
Fax: 703-610-6200
tom.connally@hoganlovells.com
emily.yinger@hoganlovells.com

Robert F. Leibenluft, Esq.
Justin W. Bernick, Esq.
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004
Tel: 202-637-5600
Fax: 202-637-5910
robert.leibenluft@hoganlovells.com
justin.bernick@hoganlovells.com