IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC, et al., | MISCELLANEOUS |
| Plaintiffs, | |
| v. | No. 15-272 |
| BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, | |
| Defendant. | |

FILED
NOV 0 4 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

### ORDER

**AND NOW**, this 4th day of November, 2016, upon consideration of Nemzoff & Company, LLC's ("Nemzoff") request for cost-shifting as argued in its briefs (Doc. No. 6) and correspondence addressed to this Court (Doc. Nos. 26, 29, 32, 39) and opposed by Blue Cross & Blue Shield of Rhode Island in its briefs (Doc. Nos. 1, 9), and correspondence (Doc. Nos. 27, 30, 33, 40), it is hereby **ORDERED** that the Request is **GRANTED IN PART** and **DENIED IN PART**. The request is **GRANTED** insofar as we award Nemzoff expenses totaling $4,072.65. The request is otherwise **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE